UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PRO INSTALLS APPLIANCE INSTALLATIONS, INC. a California corporation,<br><br>Defendant. | CASE NO.: 5:18-cv-2212 R (SPx)<br><br>**ORDER FOR DEFENDANT AND CHRISTOPHER JOHN LOYA TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH ORDER TO PRODUCE RECORDS [22]** |

Upon motion by the plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company ("ADMINCO"), the Court entered an interlocutory order on April 1, 2019 ordering the defendant, Pro Installs Appliance Installations, Inc. ("EMPLOYER"), and its managing officers, managing employees, agents and successors, as well as all those in active concert or participation with any one or more of them, to produce the EMPLOYER's records for audit in order for ADMINCO to determine the full amount due by the EMPLOYER to the Trust Funds

1

for a motion for, and entry of, judgment by default ("Audit Order"). (Dkt. 19 at p.3, line 5 to p.5, line 3). ADMINCO has filed an application for the issuance of an order for the EMPLOYER and Christopher John Loya ("Mr. Loya") – who is documented by ADMINCO in its application to be the EMPLOYER's agent for service of process, chief executive officer, chief financial officer, sole director, registered managing officer and president – to show cause why they should not be adjudged in civil contempt for failing and refusing to obey the Audit Order. Having reviewed ADMINCO's application and documents filed in support thereof, and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. Christopher John Loya is ordered to appear before the above-entitled Court on **November 25, 2019, at 9:30 a.m.**, in Courtroom 880 of the United States District Courthouse, located at 255 East Temple Street, Los Angeles, California 90012 and show cause, if any, why an order should not be entered finding him and Pro Installs Appliance Installations, Inc. to be in contempt of court for failing and refusing to obey the Audit Order.

2. Service of a copy of this order – as well as the application, memorandum of points and authorities and declarations of Yvonne Higa, Ricard Watanabe and Peter A. Hutchinson filed by ADMINCO in support of its application for this order, and the declaration of George Moss (Court Document 16) cited in the application – shall within one week of entry of this order by the Court be effectuated by ADMINCO by mail to Christopher John Loya at the two street addresses identified in paragraph 8 of

///

///

///

the declaration of Peter A. Hutchinson filed by ADMINCO in support of its application for issuance of this order.

Dated: November 8, 2019

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE