UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>PRO INSTALLS APPLIANCE INSTALLATIONS, INC.,<br>    Defendant. | EDCV 18-2212 DSF (SPx)<br><br>Order re Hearing on Order to Show Cause re Contempt |

    The hearing on the Order to Show Cause re Contempt will be held on January 27, 2020 at 9:00 a.m.[1] before the Honorable R. Gary Klausner in Courtroom 850, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California. Plaintiff's counsel is to give notice to Defendant and any other parties who have been ordered to show cause.

    IT IS SO ORDERED.

Date: January 21, 2020

                                            Dale S. Fischer
                                            United States District Judge

---

[1] The date and time are unchanged.

**CC: RGK**