ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com,
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>PRO INSTALLS APPLIANCE INSTALLATIONS, INC., a California corporation,<br><br>        Defendant. | CASE NO.: 5:18-cv-02212-DSF-SP<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUGMENT**<br><br>[Fed.R.Civ.P. 55(b)(2)]<br><br>DATE:       June 22, 2020<br>TIME:       1:30 p.m.<br>JUDGE:      Hon. Dale S. Fischer<br>LOCATION: Courtroom 7D<br>            350 West 1st Street<br>            Los Angeles, CA |

**NOTICE IS HEREBY GIVEN** that plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("Adminco") moves for judgment by default. Adminco's motion will be heard at the date and time indicated above in Courtroom 7D of the above-referenced court located at 350 West 1st Street, Los Angeles, California 90012.

///

387199.2

1   Default has been entered against the defendant ("Employer") for its failure to
2   answer or otherwise respond to Adminco's complaint.  [*See* Hutchinson Decl. at ¶ 3;
3   Court Document 13 (entry of default).]  The Employer is not a natural person.  [Id.
4   at 4.]  Thus it is not an infant or incompetent person and the Servicemembers Civil
5   Relief Act (50 App. U.S.C. § 521) does not apply to it.  The Employer has not
6   appeared in this action.  Thus no notice of this motion is required under Federal Rule
7   of Civil Procedure 55(b)(2), although notice has nonetheless been given.  [Id. at ¶ 5
8   (notice given).]

9   Adminco's motion is based on: (1) this notice; (2) the concurrently filed
10  memorandum of points and authorities, proposed judgment and declarations of Hany
11  Kilada ("Kilada Declaration") and Peter A. Hutchinson ("Hutchinson Declaration"),
12  as well as the exhibits attached to those declarations; (3) all of the pleadings and other
13  filings in this action; and (4) such further evidence and argument as may be presented
14  at the hearing on the motion.

16  DATED:  May 15, 2020                REICH, ADELL & CVITAN
17                                      A Professional Law Corporation

19                                      By: _____/s/_____
20                                           PETER A. HUTCHINSON
                                             Attorneys for Plaintiff

387199.2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000 Los Angeles, California 90010-2421.

I served the foregoing document on **May 15, 2020,** described as **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mandeep S. Rupal, Esq.
Christian Na, Esq.
RUPALLAW
4740 Green River Rd., Suite 207
Corona, CA 92880

Pro Installs Appliance Installations, Inc.
603 S. Milliken Ave., Suite D
Ontario, CA 91761-8102

Pro Installs Appliance Installations, Inc.

Corona, CA

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **May 15, 2020,** at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Mary Helen Lopez

387199.2