JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PRO INSTALLS APPLIANCE INSTALLATIONS, INC., a California corporation,<br><br>Defendant. | CASE NO.: 5:18-cv-02212-DSF-SP<br><br>**JUDGMENT** |

The Court having granted the motion for default judgment[1] brought by Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company (Plaintiff), an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Health and Welfare Trust Fund for Laborers Health and Welfare Trust Fund for Southern California; Construction Laborers Pension Trust for Southern

---

[1] The Court deferred ruling on Plaintiff's request for an injunction compelling Defendant to submit its records for audit. See Dkt. 49 (Default Order) at 14-17. Plaintiff subsequently withdrew that claim. Dkt. 50.

1

California; Construction Laborers Vacation Trust for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Fund for Construction Industry Advancement; Center for Contract Compliance; Laborers Contract Administration Trust Fund for Southern California; and Laborers' Trusts Administrative Trust Fund for Southern California Southern California Partnership for Jobs Trust Fund (collectively, Trust Funds),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. **JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF AGAINST DEFENDANT PRO INSTALLS APPLIANCE INSTALLATIONS, INC., A CALIFORNIA CORPORATION (PRO INSTALLS), IN THE AMOUNT OF $1,896,996.01,** consisting of a principal amount of $1,855,796.74 for the period December 2015 through February 2020, plus attorneys' fees of $40,715.93 and costs of $483.34.

2. Neither Plaintiff nor the Trust Funds have conducted a full audit of the records of Pro Installs for any month after December 2019. The monetary judgment issued in paragraph 1 above shall not, and does not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of Plaintiff or the Trust Funds to determine and collect any amount due, or that comes due, by Pro Installs to any one or more of the Trust Funds for any month after December 2019.

3. **FINAL AND PERMANENT INJUNCTIVE RELIEF IS GRANTED AS FOLLOWS**: Pro Installs, and its managing officers, managing employees, agents and successors, as well as all those in active concert or participation with any one or more of them, shall deliver, or cause to be delivered, to the Trust Funds' offices no later than 4:30 p.m. on the 15th day of each month for the duration of the Southern

2

California Master Labor Agreement:

    a. Truthfully and accurately completed monthly fringe benefit contribution reports covering all of the Pro Installs' accounts with the Trust Funds in existence at the time of delivery, collectively identifying all of the Pro Installs' employees for whom fringe benefit contributions are owed to the Trust Funds for work the previous month and their Social Security numbers, and, itemized by employee and project, the hours of work performed for which the fringe benefit contributions are due;

    b. An affidavit or declaration from a managing officer or other managing agent of Pro Installs attesting under penalty of perjury to the completeness, truthfulness and accuracy of each monthly fringe benefit contribution report submitted; and

    c. A cashier's check or checks made payable to the "Construction Laborers Trust Funds for Southern California" totaling the full amount of fringe benefit contributions owed by Pro Installs to the Trust Funds for work the previous month (as set forth on the fringe benefit contribution report(s) submitted).

**THE FAILURE TO COMPLY WITH AN INJUNCTION OR ORDER ISSUED HEREBY SHALL BE GROUNDS FOR CONTEMPT OF COURT.**

    IT IS SO ORDERED.

DATED: August 14, 2020

                                              _____
                                              Honorable Dale S. Fischer
                                              UNITED STATES DISTRICT JUDGE